# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN LLOYD ERWIN <br><br> Defendant. | Case Number: 2:25-MJ-53-SPK |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall next appear at the James F. Battin Federal Courthouse, 2601 2nd Avenue North, Billings, Montana, 59101, in the Bighorn Courtroom on August 14, 2025 at 9:00 a.m..

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of Twenty Thousand dollars, ($20,000) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Order Setting Conditions of Release
2:25-MJ-53-SPK

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED the release of the defendant is subject to the conditions marked below:

(6)  The defendant shall report to U.S. Probation Office as directed.

(7)  The defendant shall reside at 509 S. Linn Street in Lusk, Wyoming unless approved to move in advance by the Probation Officer.

(8)  The defendant shall not violate any local, state, or federal law. He shall report any contact with law enforcement to the Probation Officer within 24 hours of the contact.

(9)  The defendant shall not travel outside of the District of Wyoming without prior permission from the Probation Officer.

(10)  The defendant shall abstain from any use or possession of alcohol or any other intoxicants including over the counter medications used contrary to the recommended dosage, or the intentional inhalation of any substance, prescribed or otherwise, without the permission of the U.S. Probation Officer. The defendant shall not enter bars, lounges, or liquor stores.

(11)  The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

(12)  The defendant shall submit to drug and alcohol testing as directed by the U.S. Probation/ Pretrial Services Officer. The defendant shall not obstruct or attempt to obstruct or tamper with, in any fashion, the collection, efficiency, and accuracy of any substance abuse testing which is required as a condition of release.

(13)  The defendant shall obtain a substance abuse evaluation and shall participate in any recommended treatment at a program approved by the Probation Officer. He shall not discontinue participation in any recommended treatment during the pendency of this case. He shall comply with the requirements, rules, and restrictions of the program.

(14)  The defendant shall submit to a search of his person, residence, vehicle, computer, or office based upon reasonable suspicion of a violation of the conditions of release.

(15)  The defendant shall allow the probation officer to visit the defendant at any time at his home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's pretrial release that he or she observes in plain view.

(16)  The defendant shall not access, own, use or possess any firearm, ammunition, explosive or dangerous weapon. All firearms weapons, and ammunition will be removed from the residence prior to the defendant's arrival.

(17)  The defendant shall maintain full-time employment of 35 hours per week. He shall provide

Order Setting Conditions of Release
2:25-MJ-53-SPK

documentation of employment to the U.S. Probation Officer.

(18)  The defendant shall obey and comply with any other active court orders issued in any municipal, circuit, or district court.

(19)  The defendant shall not obtain or attempt to obtain a passport while this case is pending.

(20)  The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without advising the pretrial services officer and getting the permission of the court.

(21)  Defendant shall follow up with a healthcare provider, and follow all recommendations by that treating healthcare provider to address his medical concerns.

Order Setting Conditions of Release
2:25-MJ-53-SPK

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror, or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years imprisonment and a $250,000 fine to tamper with a witness, victim, or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____     Lusk Wyoming
Signature of Defendant                          City/State/Zip

## Direction to the United States Marshal

- The defendant is ORDERED released after processing.

Dated this 28th day of July, 2025.

Scott P. Klosterman
Chief United States Magistrate Judge